UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:06:CR:141

v.

                                  HON. GORDON J. QUIST

RODRIGO JESUS REYES-MARTINEZ,

       Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed August 2, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Rodrigo Jesus Reyes-Martinez's plea of guilty to Count Two of the Indictment is accepted. Defendant Rodrigo Jesus Reyes-Martinez is adjudicated guilty.

3. Defendant Rodrigo Jesus Reyes-Martinez shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: August 24, 2006                                     /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE